```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                          :
SHIVA STEIN,                                              :
                                                          :
                          Plaintiff,                      :    22-CV-0093 (JMF)
                                                          :
        -v-                                               :
                                                          :
VONAGE HOLDINGS CORP., JEFFREY CITRON,                    :
RORY READ, CAROLYN KATZ, JOHN ROBERTS,                    :
HAMID AKHAVAN, MICHAEL MCCONNELL,                         :
PRISCILLA HUNG, JAN AHAUSER, TIEN TZUO, and               :
STEVE WARD,                                               :
                                                          :
                          Defendants.                     :
                                                          :
------------------------------------------------------------------------X
                                                          :
MARC WATERMAN,                                            :
                                                          :
                          Plaintiff,                      :    22-CV-0166 (JMF)
                                                          :
        -v-                                               :
                                                          :    ORDER
VONAGE HOLDINGS CORP., JEFFREY CITRON,                    :
RORY READ, CAROLYN KATZ, JOHN ROBERTS,                    :
HAMID AKHAVAN, MICHAEL MCCONNELL,                         :
PRISCILLA HUNG, JAN HAUSER, TIEN TZUO, and                :
STEVE WARD,                                               :
                                                          :
                          Defendants.                     :
                                                          :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On January 5, 2022, Plaintiff Shiva Stein filed a complaint in 22-CV-0093. On January 7, 2022, Plaintiff Marc Waterman filed a similar complaint in 22-CV-0166. As of this Order, no motion for consolidation has been filed, but 22-CV-0166 has been accepted by the Court as related to 22-CV-0093, and the cases appear to involve common questions of law and fact.

The Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes.  Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages, by **January 18, 2022**.  If no party files a letter opposing consolidation, the Court will consolidate the two cases without further notice to the parties.  Unless and until the Court orders otherwise, all deadlines and hearing dates remain in effect.  If any party believes that the dates, deadlines, or procedures should be modified, it shall file a letter motion to that effect by **January 18, 2022**.

It is further ORDERED that each plaintiff shall promptly serve a copy of this Order on each of the defendants and file proof of service on the docket.

SO ORDERED.

Dated: January 11, 2022
       New York, New York

_____
JESSE M. FURMAN
United States District Judge