UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

SHIVA STEIN,

                              Plaintiff,                      22-CV-0093 (JMF)

    -v-

VONAGE HOLDINGS CORP., JEFFREY CITRON,
RORY READ, CAROLYN KATZ, JOHN ROBERTS,
HAMID AKHAVAN, MICHAEL MCCONNELL,
PRISCILLA HUNG, JAN AHAUSER, TIEN TZUO, and
STEVE WARD,

                              Defendants.

------------------------------------------------------------------------X

MARC WATERMAN,

                              Plaintiff,                      22-CV-0166 (JMF)

    -v-                                                            ORDER

VONAGE HOLDINGS CORP., JEFFREY CITRON,
RORY READ, CAROLYN KATZ, JOHN ROBERTS,
HAMID AKHAVAN, MICHAEL MCCONNELL,
PRISCILLA HUNG, JAN HAUSER, TIEN TZUO, and
STEVE WARD,

                              Defendants.

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On January 5, 2022, Plaintiff Shiva Stein filed a complaint in 22-CV-0093. On January 7, 2022, Plaintiff Marc Waterman filed a similar complaint in 22-CV-0166. On January 11, 2022, the Court directed any party who objected to consolidation of the two cases to file a letter brief to that effect by January 18, 2022. *See* 22-CV-0093, ECF No 4; 22-CV-0166, ECF No. 4.

As no such letter has been filed, and because the above-captioned actions involve common questions of law and fact, it is hereby ordered that pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure, they are consolidated under the case number 22-CV-0093. All deadlines and conferences will proceed as previously ordered and all parties shall appear for the initial pretrial conference on **April 12, 2022** at **4:15 p.m.** in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. *See* 22-CV-0093, at ECF No. 3.

It is further ORDERED that each plaintiff shall promptly serve a copy of this Order on each of the defendants and file proof of service on the docket.

The Clerk of court is directed to consolidate 22-CV-0093 and 22-CV-0166 under case number 22-CV-0093, and to close 22-CV-0166. **All future filings should be made in 22-CV-0093.**

SO ORDERED.

Dated: January 19, 2022
New York, New York

JESSE M. FURMAN
United States District Judge