UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                        :
SHIVA STEIN and MARC WATERMAN,        :
                        :
             Plaintiffs,        :        22-CV-0093 (JMF)
                        :
    -v-                    :
                        :
VONAGE HOLDINGS CORP., JEFFREY CITRON,  :
RORY READ, CAROLYN KATZ, JOHN ROBERTS,  :
HAMID AKHAVAN, MICHAEL MCCONNELL,    :
PRISCILLA HUNG, JAN AHAUSER, TIEN TZUO, and :
STEVE WARD,                       :
                        :
             Defendants.      :
                        :
------------------------------------------------------------------------X
                        :
JAY SWEENEY,                     :
                        :
             Plaintiff,         :        22-CV-0913 (JMF)
                        :
    -v-                    :
                        :        <u>ORDER</u>
VONAGE HOLDINGS CORP., JEFFREY CITRON,  :
RORY READ, CAROLYN KATZ, JOHN ROBERTS,  :
HAMID AKHAVAN, MICHAEL MCCONNELL,    :
PRISCILLA HUNG, JAN HAUSER, TIEN TZUO, and  :
STEVE WARD,                       :
                        :
             Defendants.      :
                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On January 5, 2022, Plaintiff Shiva Stein filed a complaint in 22-CV-0093. On January

7, 2022, Plaintiff Marc Waterman filed a similar complaint in 22-CV-0166. On January 19,

2022, the Court consolidated the cases pursuant to Rule 42 of the Federal Rules of Civil

Procedure for all purposes. On February 2, 2022, Plaintiff Jay Sweeney filed a similar complaint

in 22-CV-0913. As of this Order, no motion for consolidation has been filed, but 22-CV-0913 has been accepted by the Court as related to 22-CV-0093, and the cases appear to involve common questions of law and fact.

The Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes. Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages, by **February 10, 2022**. If no party files a letter opposing consolidation, the Court will consolidate the two cases without further notice to the parties. Unless and until the Court orders otherwise, all deadlines and hearing dates remain in effect. If any party believes that the dates, deadlines, or procedures should be modified, it shall file a letter motion to that effect by **February 10, 2022**.

It is further ORDERED that each plaintiff shall promptly serve a copy of this Order on each of the defendants and file proof of service on the docket.

SO ORDERED.

Dated: February 3, 2022
      New York, New York

                                           JESSE M. FURMAN
                                        United States District Judge