UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHIVA STEIN, <br><br>        Plaintiff, <br><br>v. <br><br>VONAGE HOLDINGS CORP., JEFFREY CITRON, RORY READ, CAROLYN KATZ, JOHN ROBERTS, HAMID AKHAVAN, MICHAEL MCCONNELL, PRISCILLA HUNG, JAN HAUSER, TIEN TZUO, and STEVE WARD, <br><br>        Defendants. | Consolidated Case No. 1:22-cv-00093-JMF |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Marc Waterman hereby voluntarily dismisses his individual claims in the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: February 7, 2022

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
Seth D. Rigrodsky
Timothy J. MacFall
Gina M. Serra
Vincent A. Licata
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: sdr@rl-legal.com
Email: tjm@rl-legal.com
Email: gms@rl-legal.com
Email: vl@rl-legal.com

*Attorneys for Plaintiff*

Given that both Plaintiffs in this consolidated case have dismissed their claims, the Clerk of Court is directed to close the case.

SO ORDERED.

[signature]

February 8, 2022